John A. Beranbaum, Esq.
BERANBAUM, MENKEN, BEN-ASHER & BIERMAN, LLP
80 Pine Street, 32nd Floor
New York, New York 10005
Telephone: (212) 509-1616
Facsimile: (212) 509-8080

*Counsel for Plaintiff Sherrie Russell-Brown*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, THE UNIVERSITY OF FLORIDA, LEVIN COLLEGE OF LAW, and ROBERT H. JERRY, II, in his individual and official capacities as Dean of the University of Florida, Levin College of Law,<br><br>Defendants. | Civil Action No. 09-02479 (SRC)(MAS)<br><br>**(PROPOSED) ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND FOR CHANGE IN VENUE** |

**THIS MATTER** having come before the Court upon the motion of Defendants the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II (collectively "Defendants"), and the Court having considered the motion papers and for good cause shown,

**IT IS** on this _____ day of _____, 2009 hereby

**ORDERED** that:

1. Venue is proper in this District, and Defendants' Motion to Dismiss or Transfer pursuant to 28 U.S.C. §§ 1404 and 1406 is **DENIED**;

2. Defendants' Motion to Dismiss Complaint or, Alternatively, for Summary Judgment and for Other Relief is **DENIED**;

_____
The Honorable Stanley R. Chesler
United States District Judge