IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on First Motion to Withdraw as Attorney for Plaintiff by John A. Beranbaum, counsel for Sherrie Russell-Brown, Doc. 30. A status conference was held on January 15, 2010. Mr. Lennox Hinds, Esq. has filed a letter with the Court in which he recites that he has been retained to represent Ms. Russell-Brown, and intends to file a formal Notice of Appearance upon his return from Africa. Defendants do not oppose Mr. Beranbaum's request to withdraw, and as Ms. Russell-Brown has hired new counsel, no party will be prejudiced by it. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Motion to Withdraw, Doc. 30, is GRANTED.

    2.    Mr. Hinds is directed to file his formal Notice of Appearance no later than March 15, 2010.

    3.    The Clerk is directed to schedule a status conference no later than March 23, 2010 by separate notice.

    **DONE AND ORDERED** this  *19th* day of January, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge