IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                  CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on First Amended Complaint Doc. 44, filed by Sherrie Russell-Brown, and the apparently related Complaint, Doc. 45. Defendant has not been served with these recent documents. A hearing was held on March 25, 2010, at which Defendant agreed to accept service, requesting additional time to respond to the Complaints. The parties also agreed to confer regarding discovery and submit a joint report to the Court. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Defendant shall respond to the Complaints no later than Monday, April 26, 2010.

    2.    The Clerk is directed to issue an initial scheduling order to the parties by separate notice.

    **DONE AND ORDERED** this _26th_ day of March, 2010

                                  *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge