IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                                           CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion for Extension of Time to File Response/Reply to Plaintiff's First Set of Interrogatories, Doc. 66. Defendants request further time to respond fully to the twenty one (21) interrogatories posed by Plaintiff, which cover numerous subject areas. The information sought by those interrogatories is filed in several different locations, and will take significant time and effort to locate and present. The request is made in good faith, and not for the purpose of delay, and no party will be prejudiced should the motion be granted. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion for Extension of Time, Doc. 66, is GRANTED.

    2.    Defendants may respond to Plaintiff's First Set of Interrogatories any time before close of business June 14, 2010.

    **DONE AND ORDERED** this  *13th*  day of May, 2010



                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge