IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

   Plaintiff,

                v.                                       CASE NO. 1:09-cv-00257-MP-AK

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

   Defendants.
_____/

## SUMMARY OF TIME RECORDS

     Plaintiff Sherrie Russell-Brown, by and through her undersigned counsel, hereby files this summary of time records for work performed in the instant action. A sealed filing of the actual time records is being contemporaneously filed with this summary.

    Total Attorney Hours this filing: 148.75
    Total Non-Attorney Hours this filing: 0
    Dated this 15th day of July, 2010.

                                                  /s/ Lennox S. Hinds
                                                  Lennox S. Hinds
                                                  New York Bar No. 8196
                                                  Stevens, Hinds & White, PC
                                                  116 West 111th Street
                                                  New York, NY 10026-4206
                                                  (212) 864-4445
                                                  (212) 222-2680 (fax)
                                                  lawfirmshw@yahoo.com
                                                  Attorney for Plaintiff