IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

   Plaintiff,

                  v.

CASE NO. 1:09-cv-00257-MP-AK

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

   Defendants.
_____/

## PLAINTIFF'S MOTION FOR A SCHEDULING CONFERENCE

Pursuant to Fed.R.Civ.P. Rule 16(b), Plaintiff Sherrie Russell-Brown ("Plaintiff" or "Ms. Russell-Brown") respectfully requests an order setting a scheduling conference, and in support advises the Court as follows:

    1.    On March 23, 2010, Ms. Russell-Brown filed the Complaint in the above-styled action (Doc. 45).

    2.    The Report of the Parties' Rule 26(f) Planning Meeting (Doc. 65) was filed on May 11, 2010.

    3.    Fed.R.Civ.P. Rule 16(b) requires the Court to issue a Final Scheduling Order <u>after</u> receiving the parties' joint report and the Court's Initial Scheduling Order (Doc. 48), itself, requires the Court to enter a Final Scheduling Order or to set the matter for a Scheduling Conference, within 14 days of the parties' joint report.

    4.    A Final Scheduling Order has not been entered in this action.

5. However, the parties have been, informally, complying with the parties' joint report. For example, today, Ms. Russell-Brown filed her Motion for Leave to File a First Amended Complaint, in accordance with the parties' joint report.

6. Notwithstanding, Ms. Russell-Brown respectfully requests an order setting a scheduling conference, in order to finalize a scheduling order.

WHEREFORE, Ms. Russell-Brown respectfully requests this Honorable Court set a scheduling conference.

DATED this 15th day of July, 2010.

                Respectfully submitted,

                /s/ Lennox S. Hinds
                Lennox S. Hinds
                New York Bar No. 8196
                Stevens, Hinds & White, PC
                116 West 111th Street
                New York, NY 10026-4206
                (212) 864-4445
                (212) 222-2680 (fax)
                lawfirmshw@yahoo.com
                Attorney for Plaintiff

## **CERTIFICATE OF COUNSEL**

I certify that, on July 13, 2010, I complied with my obligations under Local Rule 7.1(B)(1), to confer with Defendants' counsel prior to filing this Motion. As of this filing, I have not received a response from Defendants' counsel, Mr. Richard C. McCrea, Jr., Esq., regarding the Defendants' position on the herein motion.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 15, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Ian S. Marx, Esq.
Greenberg Taurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Richard C. McCrea, Jr., Esq.
Greenberg Taurig, LLP
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602

Attorneys for Defendants

/s/ Lennox S. Hinds
Lennox S. Hinds
Attorney for Plaintiff