# *Stevens, Hinds & White, P.C.*

HOPE R. STEVENS (1904-1982)
JAVIER A. WHITE (1945-1987)
LENNOX S. HINDS *

ATTORNEYS AT LAW
116 WEST 111TH STREET
NEW YORK, NY 10026

NEW JERSEY OFFICE
42 VAN DOREN AVENUE
SOMERSET, NJ 08873
(732) 873-3096

Of-Counsel:
JULIETTE CHINAUD
GNOLEBA R. SERI *
DIDIER SEPHO ◊

TEL: (212) 864-4445
FAX: (212) 222-2680
E-MAIL: lawfirmshw@yahoo.com

PARIS OFFICE
27, AVENUE DE L'OPERA
75001 PARIS

*Also in*
* New Jersey
◊ Paris

July 19, 2010

**BY FAX (352) 380-2425**

The Honorable Maurice M. Paul
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA
United States Courthouse
401 SE First Ave., Room 243
Gainesville, FL 32601

    Re:    *Russell-Brown v. The University of Florida Board of Trustees et al.,* No. 09-cv-00257-MP-AK

Your Honor:

    I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. I write in response to the request of your Deputy Clerk, Blair Patton, regarding this week's Motion Hearing (Doc. 95), currently scheduled for Thursday, July 22, 2010, 1:00 p.m, on the Defendants' Motion for Renewed Consideration and Supplementation of Defendants' Motion to Dismiss or, alternatively, for Summary Judgment ("Motion for Renewed Consideration") (Docs. 52, 53) and Ms. Russell-Brown's Motion to Strike (Doc. 91).

    Ms. Russell-Brown will be prejudiced by and I, respectfully, object to this week's Motion Hearing going forward on the motions Ms. Russell-Brown filed on Thursday, July 15, 2010, including, Ms. Russell-Brown's Motion for Reconsideration re: Order on Motion for Recusal, Order on Motion to Stay (Doc. 96), First Amended Complaint (Doc. 97) and Motion to Amend Complaint (Doc. 98).

    According to the docket itself, the internal deadline for referral of the above Motions to this Court is August 2, 2010. The Defendants have had the benefit of each of Ms. Russell-Brown's written memoranda of law with citation of authorities in support of her July 15 Motions, in accordance with N.D. Fla. Loc. R. 7.1(A). By contrast, if the Motion Hearing goes forward this week on Ms. Russell-Brown's July 15 Motions, I will not have the benefit of written responsive memoranda of law with citation to authorities in opposition to Ms. Russell-Brown's July 15 Motions or the opportunity to read the Defendants' legal authorities in opposition to those Motions or the opportunity to perform legal research on the Defendants' legal authorities in opposition, in advance of the Motion Hearing on Ms. Russell-Brown's July 15 Motions, as required under N.D. Fla. Loc. R. 7.1(C).

      The Defendants do not oppose and Ms. Russell-Brown agrees that the Defendants **shall** file "written" responsive memoranda of law with citation to authorities in opposition to her July 15 Motions, as required under N.D. Fla. Loc. R. 7.1(C), and that a motion hearing on Ms. Russell-Brown's July 15 Motions should be scheduled for <u>after</u> July 22, 2010, <u>after</u> the Defendants have filed their written responsive memoranda of law with citation of authorities in opposition to Ms. Russell-Brown's July 15 Motions. Ms. Russell-Brown's July 15 Motion for Reconsideration re: Order on Motion for Recusal, Order on Motion to Stay (Doc. 96), First Amended Complaint (Doc. 97) and Motion to Amend Complaint (Doc. 98) necessarily need to be resolved <u>before</u> the Defendants' Motion for Renewed Consideration, and, unlike Ms. Russell-Brown, a delay of a couple of weeks will not prejudice the Defendants.

      Thanking you in advance for your cooperation.

      Respectfully,

      Lennox S. Hinds

LSH/sbt

cc:    Sherrie Russell-Brown

2

8090122000                                                                                               P.01/01
                    Case 1:09-cv-00257-MP-AK  Document 104  Filed 07/19/10  Page 3 of 3
TRANSACTION REPORT
                                                            JUL/19/2010/MON 05:34 PM
FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 001 | JUL/19 | 05:33PM | 913523802424 | 0:00:35 | 3 | MEMORY    OK | SG3 2201 |

# STEVENS, HINDS & WHITE, P. C.
### 116 West 111th Street
### New York, New York 10026
### Tele:(212)864-4445
### Fax:(212)222-2680
### E-Mail: shwpc@verizon.net
## FACSIMILIE COVER SHEET

**FAX NUMBER TRANSMITTED TO:** ~352~380~2425/4~

**TO:** Hon. Maurice M. Paul

**FROM:** LENNOX S. HINDS, ESQ.

**CLIENT/MATTER:** Russell-Brown v. The University of Florida Bd., of Trustees et al No. 09-cv-257

**DATE:** 7/19/2010

**Documents** _____   **Number of Pages** ____2____

**Message:** _____

**Comments:** _____

*Originals will not follow.*

The Information contained in this facsimile message is information protected by attorney/client and/or the attorney work product privilege. It is intended only for the use of the Individual named above and the privileges are not waived by virtue of this having been sent by facsimile. If the person actually receiving this facsimile or any other reader of the facsimile is not the named recipient or the employee or agent