IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                              CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## O R D E R

    This matter is before the Court on several open motions. Defendants have pending a renewed Motion to Dismiss, to which Plaintiffs have responded. On July 2, 2010, Plaintiff filed a Motion to Strike, Doc. 91, to which Defendants have responded, Doc. 102. Plaintiff has filed a Motion for Leave to reply to that response, Doc. 105. This Court has ordered a hearing on open motions, which is currently scheduled for July 22, 2010.

    Three days after this Court ordered the hearing on open motions, Plaintiff filed several new motions. Those include a Motion for Reconsideration of the Motion for Recusal, a Motion for Scheduling Conference, and Motion to Amend/Correct Complaint. Defendants have indicated in correspondence with Plaintiff and the Clerk that they are prepared to oppose those motions at the hearing on July 22nd. Plaintiff indicated in reply that she would be prejudiced if Defendants were able to present their opposition for the first time at oral argument, with Plaintiff unable to see Defendants' argument and authority beforehand. Defendants then indicated that there was not sufficient time to respond in writing to the July 15 motions before the July 22 hearing, and that they oppose "yet another effort at a delay in hearing the defendants' long-pending dispositive motion."

While the Court does not encourage delay, neither does it encourage the duplication of effort that may result from full argument of a motion to dismiss a Complaint if that Complaint is to be later amended. Therefore, oral argument will only take place once the parties have had a full and fair opportunity to file written briefs on outstanding motions. The Court has considered all pending motions, and determined which ones require further consideration and argument.

Additionally, the Court has considered the correspondence and the form of correspondence from the parties thus far. As Local Rule 7.1(F) states, unless invited or directed by a judicial officer, attorneys shall not address or present to the Court in the form of a letter or the like any application requesting relief. As Local Rule 5.1(F) states, facsimile transmission shall not be used for the routine filing of papers. Thus, any request for relief must be filed with the Clerk and docketed, with copies sent to the opposing party. Parties should not be faxing letters or requests for relief to this Court while neglecting to provide identical copies to the opposition. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion for Reconsideration, Doc. 96, regarding recusal, is DENIED.

2. Motion for Leave to File Reply, Doc. 105, is GRANTED.

3. Counsel are directed to comply with Local Rules 5.1 and 7.1.

3. The Clerk is directed to CANCEL the hearing scheduled for July 22, 2010.

4. The Clerk is directed to set by separate notice a hearing on all open motions after Defendants have responded to the Motion to Amend/Correct Complaint, Doc. 98, and Motion for Scheduling Conference, Doc. 101.

**DONE AND ORDERED** this  *21st* day of July, 2010

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge