IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

                                               CASE NO. 1:09-cv-00257-MP-AK

    v.

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

    Defendants.
_____/

## PLAINTIFF'S REPLY MEMORANDUM TO DEFENDANTS' RESPONSE (DOC. 102) TO PLAINTIFF'S MOTION TO STRIKE (DOC. 91)

Pursuant to Fed.R.Civ.P. 54(d)(2), N.D. Fla. Loc. R. 7.1(C), 54.1(B) and this Court's Initial Scheduling Order (Doc. 48, ¶ 9(b), (d)), in further support of her Motion to Strike (Doc. 91), Plaintiff Sherrie Russell-Brown ("Plaintiff" or "Ms. Russell-Brown") advises the Court as follows:

1.    On July 2, 2010, Ms. Russell-Brown moved to strike the Defendants' attorney time records, for past work performed, untimely and erroneously filed in closed Case No. 1:09-cv-00023-MP-AK as well as the Defendants' attorney time records, untimely filed in the instant action, arguing that the Defendants failed to comply with this Court's Initial Scheduling Order (Doc. 48, ¶ 9(b), (d)) as well as N.D. Fla. Loc. R. 54.1(B)(2).

2.    On July 16, 2010, in their Response (Doc. 102, ¶¶ 1-3), the Defendants argued that: 1) the requirements of N.D. Fla. Loc. R. 54.1(B)(2) do not apply to attorneys' fees as an element of damages in their breach of contract counterclaim; 2) they did not file their summary of time record totalling 386.4 hours, for past work performed, as a "Motion for Miscellaneous Relief;" and, 3) they

corrected the erroneous filing, in closed Case No. 1:09-cv-00023-MP-AK, of their 386.4 hour attorney time records.

3. The Defendants misstate facts and mischaracterize the law.

4. Both this Court's Initial Scheduling Order (Doc. 48, ¶ 9(b), (d)) as well as N.D. Fla. Loc. R. 54.1(B)(2), specifically apply to attorneys' fees as an element of breach of contract damages.

5. According to this Court's Initial Scheduling Order (Doc. 48, ¶ 9(b)) as well as N.D. Fla. Loc. R. 54.1(B)(2), in any proceeding in which any party is seeking attorneys' fees **pursuant to a contract**, the party **shall** file a summary of such time record with the Clerk of the Court by the 15th day of each month during the pendency of the action, **for work done during the preceding month**.

6. **For past work performed**, this Court's Initial Scheduling Order (Doc. 48, ¶ 9 (d)) required that the parties **shall** file attorney time records by April 26, 2010.

7. Here, the Defendants untimely filed attorney time records, **for past work performed**, totalling 386.4 hours (Docs. 19, 20), on May 28 and June 1, 2010, respectively. And, the Defendants erroneously filed those attorney time records in closed Case No. 1:09-cv-00023-MP-AK, not in the instant action.

8. Further, the Defendants did indeed file their summary of time record, for past work performed, totalling 386.4 hours, as a "Motion for Miscellaneous Relief" (Doc. 18), in closed Case No. 1:09-cv-00023-MP-AK (Exhibit 1).

9. Moreover, the Defendants did not correct the erroneous filing, in closed Case No. 1:09-cv-00023-MP-AK, of their attorney time records, for past work performed, totalling 386.4 hours (Docs. 18-20) (Exhibit 1). No such attorney time records totalling 386.4 hours have been filed by the Defendants in the pending instant action.

10. The Defendants also untimely filed a second set of attorney time records totalling 50.10 hours (Docs. 80, 81, 85, 86), in the instant action, on June 21 and 22, 2010. And, again, the Defendants untimely filed a third set of attorney time records totalling 40.10 hours (Docs. 92, 93), in the instant action, on July 9, 2010.

11. The filing of the Defendants' second and third sets of attorney time records (Docs. 80, 81, 85, 86, 92, 93), are only 17 days apart. The time period of the work covered by those records is unclear.

12. According to this Court's Initial Scheduling Order (Doc. 48, ¶ 9) as well as N.D. Fla. Loc. R. 54.1(B)(5), failure to comply with their requirements **will** result in attorneys' fees being disallowed for the required reporting period.

13. Ms. Russell-Brown is in compliance with this Court's Initial Scheduling Order (Doc. 48, ¶ 9(b), (d)) and N.D. Fla. Loc. R. 54.1(B)(2). She has not filed attorney time records for past work performed in the instant action. On July 15, 2010, Ms. Russell-Brown filed attorney time records (Docs. 99, 100) for work performed, in the instant action, during the preceding month.

14. Unlike the Defendants, Ms. Russell-Brown did <u>not</u> file her summary of time record as a "Motion for Miscellaneous Relief" and, therefore, unlike the Defendants, Ms. Russell-Brown was not required to comply with N.D. Fla. Loc. R. 7.1(B).

WHEREFORE, Ms. Russell-Brown requests that the Defendants' May 27, 2010 Motion for Miscellaneous Relief and attorney time records, Documents 18-20, untimely and erroneously filed in closed Case No. 1:09-CV-00023-MP-AK and the Defendants' attorney time records, Documents 80, 81, 85, 86, 92 and 93, untimely filed in the pending instant action, are struck and attorneys' fees disallowed, for the Defendants' failure to comply with the requirements of this Court's Initial Scheduling Order and the Local Rules of the Northern District of Florida.

DATED this 21st day of July, 2010.

                                  Respectfully submitted,

                                  /s/ Lennox S. Hinds  
                                  Lennox S. Hinds  
                                  New York Bar No. 8196  
                                  Stevens, Hinds & White, PC  
                                  116 West 111th Street  
                                  New York, NY 10026-4206  
                                  (212) 864-4445  
                                  (212) 222-2680 (fax)  
                                  lawfirmshw@yahoo.com  
                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on July 21, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Ian S. Marx, Esq.  
Greenberg Taurig, LLP  
200 Park Avenue  
Florham Park, NJ 07932

Richard C. McCrea, Jr., Esq.  
Greenberg Taurig, LLP  
Courthouse Plaza, Suite 100  
625 East Twiggs Street  
Tampa, FL 33602

Attorneys for Defendants

                                  /s/ Lennox S. Hinds  
                                  Lennox S. Hinds  
                                  Attorney for Plaintiff

# EXHIBIT 1

# 1:09-cv-00023-MP-AK RUSSELL-BROWN v. UNIVERSITY OF FLORIDA BOARD OF TRUSTEES et al

MAURICE M PAUL, presiding
ALLAN KORNBLUM, referral
Date filed: 02/05/2009
Date terminated: 05/29/2009
Date of last filing: 06/01/2010

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 02/05/2009 | Complaint |
| 2 | *Filed & Entered:* 02/05/2009 | Civil Cover Sheet |
|   | *Filed & Entered:* 02/06/2009 | Action Required by District Judge |
| 3 | *Filed & Entered:* 02/06/2009 | Summons Issued |
| 4 | *Filed & Entered:* 02/06/2009 | Notice of Appearance |
| 5 | *Filed & Entered:* 02/09/2009 | Order |
|   | *Filed & Entered:* 02/10/2009 | Add and Terminate Judges |
| 6 | *Filed & Entered:* 03/05/2009 *Terminated:* 03/26/2009 | Motion to Withdraw as Attorney |
| 7 | *Filed & Entered:* 03/05/2009 | Certificate of Service |
|   | *Filed & Entered:* 03/06/2009 | Action Required by District Judge |
| 8 | *Filed & Entered:* 03/10/2009 | Notice of Hearing on Motion |
| 9 | *Filed & Entered:* 03/13/2009 *Terminated:* 03/17/2009 | Motion to Continue |
|   | *Filed & Entered:* 03/16/2009 | Action Required by District Judge |
| 10 | *Filed & Entered:* 03/17/2009 | Order |
| 11 | *Filed & Entered:* 03/26/2009 | Motion Hearing |
| 12 | *Filed & Entered:* 03/26/2009 | Order on Motion to Withdraw as Attorney |
| 13 | *Filed & Entered:* 03/31/2009 | Notice of Appearance |
| 14 | *Filed & Entered:* 05/15/2009 | Attorney Time Record |
| 15 | *Filed & Entered:* 05/15/2009 | Attorney Time Records - Sealed Portion (Ex Parte) |
| 16 | *Filed & Entered:* 05/27/2009 | Notice of Voluntary Dismissal |
|   | *Filed & Entered:* 05/28/2009 | Action Required by District Judge |
| 17 | *Filed & Entered:* 05/29/2009 | Order |
| 18 | **Filed & Entered: 05/27/2010** **Terminated:** 05/28/2010 | **Motion for Miscellaneous Relief** |
| 19 | **Filed & Entered: 05/28/2010** | **Attorney Time Record** |
| 20 | **Filed & Entered: 06/01/2010** | **Attorney Time Records - Sealed Portion (Ex Parte)** |