# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

  Plaintiff,

                                      CASE NO. 1:09-cv-00257-MP-AK

     v.

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

  Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**COMES NOW** the undersigned counsel for Plaintiff Sherrie Russell-Brown ("Plaintiff" or "Ms. Russell-Brown") and notifies this Court and all parties hereto:

1. Counsel is Lead Counsel in a matter, *The Prosecutor v. Ephrem Setako*, before the International Criminal Tribunal for Rwanda.

2. Counsel will be out of the country for previously scheduled proceedings in the above-referenced matter from August 19 – September 1, 2010 and, again, from September 22 – 28, 2010.

3. To allow, responsibly, for any unexpected travel disruptions, out of counsel's control, counsel will unavailable for proceedings in Ms. Russell-Brown's action, between August 16 – September 3, 2010 and September 20 – October 1, 2010.

DATED this 22nd day of July, 2010.

                                        Respectfully submitted,

                                        /s/ Lennox S. Hinds
                                        Lennox S. Hinds
                                        New York Bar No. 8196
                                        Stevens, Hinds & White, PC
                                        116 West 111th Street
                                        New York, NY 10026-4206
                                        (212) 864-4445
                                        (212) 222-2680 (fax)
                                        lawfirmshw@yahoo.com
                                        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on July 22, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Ian S. Marx, Esq.
Greenberg Taurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Richard C. McCrea, Jr., Esq.
Greenberg Taurig, LLP
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602

Attorneys for Defendants

                                        /s/ Lennox S. Hinds
                                        Lennox S. Hinds
                                        Attorney for Plaintiff