UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                        CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION FOR SCHEDULING CONFERENCE

    Plaintiff has filed a motion requesting that the Court set a scheduling conference. [Doc. 101]. Defendants do not oppose that request. Defendants believe that a scheduling conference would be more meaningful and productive after the Court's rulings on defendants' dispositive motion and plaintiff's motion to amend. The disposition of those motions will clarify the issues and parties in this action.

                                                /s/ Richard C. McCrea, Jr.
                                                Richard C. McCrea, Jr.
                                                Florida Bar No. 351539
                                                E-mail: mccrear@gtlaw.com
                                                GREENBERG TRAURIG, P.A.
                                                625 E. Twiggs Street, Suite 100
                                                Tampa, Florida 33602
                                                Telephone: (813) 318-5700
                                                Facsimile: (813) 318-5900
                                                Counsel for defendants

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 27th, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

Lennox S. Hinds, Esquire<br>
Stevens, Hinds & White, P.C.<br>
116 W. 111th Street<br>
New York, NY 10026

<u>/s/ Richard C. McCrea, Jr.</u>
Attorney