IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                                CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Motion to Strike by Sherrie Russell-Brown, Doc. 91. In the Motion to Strike, Plaintiffs request several of Defendants' attorney-time records be stricken from the record. Plaintiffs allege the time records in question are untimely filed, insufficiently specific, mis-titled, and otherwise scandalous.

In response, Defendants explain how, because attorneys' fees are an element of damages on the counterclaims, evidence of Defendants' attorneys' fees and costs will necessarily need to be introduced into evidence at trial on the counterclaims. Thus, Defendants argue, the filings in question fall outside of the motions for attorney's fees covered by Local Rule 54.1(A), which describes the time for filing a motion for an award of attorney's fees. In reply, Plaintiff takes exception to some of the specific characteristics of the records themselves, noting how in her opinion the records do not match with particular fidelity the history of the present litigation.

Defendants are correct that the documents in question now are not a "motion for an award of attorney's fees" within the meaning of Local Rule 54.1(A). This is, however, a "proceeding in which any party is seeking an award of attorney's fees from the opposing party

pursuant to... contract...." Therefore, Defendants must be sure to comply with the record-keeping requirements of Local Rule 54.1(B). Should they fail to do so, one of the remedies the Court may consider is to discount the improperly-recorded fees or hours, but that remedy is not appropriate at this time. Motion to Strike, Doc. 91, is DENIED.

**DONE AND ORDERED** this   *29th* day of July, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge