

Office of the Vice President and General Counsel

123 Tigert Hall
PO Box 113125
Gainesville, FL 32611-3125
352-392-1358
352-392-4387 Fax

July 29, 2010

**VIA U.S. MAIL**

Clerk
US District Court
Northern District of Florida
401 SW 1st Avenue, Ste 243
Gainesville, FL 32601

    Re:   Sherrie L. Russell-Brown, Case No. 1:09-cv-00257-MP-AK

Dear Clerk:

    This letter is to inform the court of my change of address to the University of Florida, Office of Vice President, General Counsel in Gainesville, Florida. My contact information is as follows:

Charles M. Deal
Bar# 158021
University of Florida
Office of General Counsel
PO Box 113125
123 Tigert Hall
Gainesville, Florida 32611-3125
Phone: 352-392-1358
Fax: 352-392-4387
cdeal@ufl.edu

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Charles M. Deal
Associate General Counsel

*The Foundation for The Gator Nation*
An Equal Opportunity Institution

Filed 0802 10 UsDcFln1PM1230



**UF UNIVERSITY of FLORIDA**
Office of the Vice President and General Counsel
PO Box 113125
Gainesville FL 32611-3125

US District Court
Northern District of Florida
401 SW 1st Avenue, Ste 243
Gainesville, FL 32601