IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

     *Plaintiff,*

v.                                                                          CASE NO. 1:09-cv-00257-MP-AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

     *Defendants.*

_____/

# O R D E R

     This matter is before the Court on Motion for Leave to File reply to Response in

Opposition to Motion by Sherrie Russell-Brown, Doc. 116.  Plaintiff requests leave to file a

reply to Defendants' opposition memorandum, Doc. 113, concerning Plaintiff's pending request

to amend her complaint, Doc. 98.  The motion is GRANTED in part: because of the short time

between the request and the scheduled hearing on the motion in question, Plaintiff shall file their

reply no later than close of business Friday, August 6, 2010.

     **DONE AND ORDERED** this   *3rd* day of August, 2010

          *s/Maurice M. Paul*

          Maurice M. Paul, Senior District Judge