UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**SHERRIE RUSSELL-BROWN,**

      **Plaintiff,**

**v.**                                   **CASE NO. 1:09-CV-00257-MP-AK**

**THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,**

      **Defendants.**

_____/

## DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUESTS FOR THE PRODUCTION OF DOCUMENTS

Defendants The University of Florida Board of Trustees, The University of Florida, Levin College of Law, and Robert H. Jerry, II, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 34, hereby respond to plaintiff's First Requests for the Production of Documents as follows:

## GENERAL OBJECTIONS

1.    As used in this response, the term "will produce" means that the defendants will produce the documents in the described category to the extent such documents presently exist and are within defendants' possession, custody or control. That documents are produced is not a concession of relevancy or admissibility. All documents which defendants hereby agree to produce will be made available for inspection and copying by plaintiff, at plaintiff's expense, at a mutually convenient time at the offices of defendants' counsel.

2.      Defendants object to plaintiff's First Requests for the Production of Documents to the extent that it exceeds or purports to expand the scope of inquiry required under the parties'' discovery plan.

3.      Defendants object to plaintiff's First Requests for the Production of Documents to the extent it seeks to impose conditions or requirements not called for by FED.R.CIV.P. 34, including, but not limited to, Instructions "A," "H," and "I."

4.      Defendants object to Instructions "D," "E," and "F" on the grounds of overbreadth, undue burden and lack of relevance.

5.      Defendants object to the definition of "you" and "your" on the grounds of overbreadth, undue burden and lack of relevance.

6.      Defendants object to the definition of "Relevant time period" on the grounds of overbreadth, undue burden and lack of relevance.

7.      Defendants object to supplying or providing any document containing information protected by the attorney-client privilege, the work product doctrine, or by the Family Educational Rights and Privacy Act of 1974.

8.      In order to avoid unnecessary disputes regarding discovery, defendants may respond to certain document requests despite objection. The provision of a response to any document request herein does not constitute a waiver of any objection to that document request.

9.      All objections as to admissibility are retained.

## REQUESTED DOCUMENTS

1.      Defendants object to this request on the grounds of vagueness, ambiguity, overbreadth, undue burden and lack of relevance.

2.      Defendants object to this request on the grounds of vagueness, ambiguity, overbreadth, undue burden and lack of relevance.

3.      Defendants will produce the UF Law Faculty Policy Manual.  Defendants further refer plaintiff to the University of Florida Regulations (hhtp://regulations.ufl.edu) and the University Provost's website (http://.www.aa.ufl.edu/for_facu.htm), which are publicly accessible. Defendants object to the remainder of this request on the grounds of vagueness, ambiguity, overbreadth, undue burden and lack of relevance.

4.      See defendants' response to Paragraph No. 3 above.

5.      Defendants will produce all written complaints or grievances concerning defendant Jerry raising allegations of race or gender discrimination and all investigative documents concerning such written complaints or grievances.  Defendants object to the remainder of the request on the grounds of vagueness, ambiguity, overbreadth, undue burden and lack of relevance.

6.      See Defendants' response to Paragraph No. 5 above.  Defendant objects to the remainder of this request on the grounds of vagueness, ambiguity, overbreadth, undue burden and lack of relevance.

7.      Defendants object to this request on the grounds of overbreadth and lack of relevance.

8.      Defendants will produce plaintiff's personnel file.  Defendants object to the remainder of this request on the grounds of vagueness and ambiguity.

9.      Defendants will produce the requested documents.

Respectfully submitted,

Richard C. McCrea, Jr.
Florida Bar No. 351539
E-mail: mccrear@gtlaw. com
GREENBERG TRAURIG, P.A.
625 E. Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5704
Facsimile: (813) 318-5900
Counsel for defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12th, 2010 I served the original of foregoing by U.S.

Mail upon the following:

Lennox S. Hinds, Esquire
Stevens, Hinds & White, P.C.
116 W. 111th Street
New York, NY 10026

_____
Attorney