IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                                               CASE NO. 1:09-cv-00257-MP -AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Plaintiff's request, Doc. 122, for leave to file a reply to Defendants' motion, Doc. 121, in opposition to Plaintiff's Emergency Motion to Strike, Doc. 107. Plaintiff would like to correct alleged deficiencies in Defendants' factual and legal assertions. Plaintiff requests until close of business Monday, August 9, 2010 to file her reply, so as to afford the opposing party enough time to review the reply before the hearing. Motion for Leave to File a Reply, Doc. 122, is GRANTED.

**DONE AND ORDERED** this  *4th* day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge