## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

   Plaintiff,

                                                          CASE NO. 1:09-cv-00257-MP-AK

      v.

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

   Defendants.

_____/

### PLAINTIFF'S NOTICE OF WITHDRAWAL OF HER MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (DOC. 98) AND HER FIRST AMENDED COMPLAINT (DOC. 97)

**COMES NOW** the undersigned counsel for Plaintiff Sherrie Russell-Brown ("Plaintiff" or "Ms. Russell-Brown") and notifies this Court and all parties hereto:

    1.    On July 15, 2010, in accordance with N.D. Fla. Loc. R. 15.1, Ms. Russell-Brown filed a First Amended Complaint (Doc. 97). Also on July 15, 2010, in accordance with the Report of the Parties' Rule 26(f) Planning Meeting (Doc. 65), Ms. Russell-Brown filed a Motion for Leave to File a First Amended Complaint (Doc. 98), explaining that she wished to amend her Verified Complaint (Doc. 45) to conform it to material obtained in discovery and to add the University of Oxford ("Oxford") as a named Defendant (Doc. 98, ¶ 1).

    2.    On July 28, 2010, the Defendants filed their Response in Opposition to Ms. Russell-Brown's Motion for Leave to File a First Amended Complaint (Doc. 113).

3.	On July 29, 2010, Ms. Russell-Brown sought leave to file a Reply Memorandum to the Defendants' Response (Doc. 116).

4.	On August 3, 2010, this Court granted, in part, Ms. Russell-Brown's Motion for Leave to File a Reply Memorandum, requesting that Ms. Russell-Brown shall file her Reply Memorandum, no later than close of business today, Friday, August 6, 2010 (Doc. 119).

5.	Ms. Russell-Brown has reviewed and re-evaluated the discovery upon which the amendments to her Verified Complaint are based and has decided to withdraw her Motion for Leave to File a First Amended Complaint and her First Amended Complaint, from this Court.

6.	In light of Ms. Russell-Brown's withdrawal of her Motion for Leave to File a First Amended Complaint and her First Amended Complaint, filing a Reply Memorandum in further support of her Motion for Leave, has been rendered moot.

DATED this 6th day of August, 2010.

Respectfully submitted,

/s/ Lennox S. Hinds
Lennox S. Hinds
New York Bar No. 8196
Stevens, Hinds & White, PC
116 West 111th Street
New York, NY 10026-4206
(212) 864-4445
(212) 222-2680 (fax)
lawfirmshw@yahoo.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 6, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Ian S. Marx, Esq.
Greenberg Taurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Richard C. McCrea, Jr., Esq.
Greenberg Taurig, LLP
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602

Attorneys for Defendants

        /s/ Lennox S. Hinds
        Lennox S. Hinds
        Attorney for Plaintiff