IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                              CASE NO. 1:09-cv-00257-MP -AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Notice of Withdrawal of Motion to Amend Complaint by Sherrie Russell-Brown, Doc. 126.  The Court notes that Plaintiff has withdrawn her request to amend the Complaint.  The Clerk is directed to TERMINATE Motion to Amend/Correct Complaint, Doc. 98, as withdrawn by Plaintiff.

    **DONE AND ORDERED** this  *9th* day of August, 2010

                                  *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge