UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                          CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

## SUPPLEMENT TO DEFENDANTS' RESPONSE
## FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Since the filing of Defendants' Response to Plaintiff's Motion for Voluntary Dismissal without Prejudice [ Doc. 130] this morning, undersigned counsel has learned that plaintiff Russell-Brown - - - without providing any notice to the defendants or to this Court - - - refiled several of her claims against these defendants in an action she filed on August 5, 2010 in the United States District Court for the District of New Jersey. A copy of Russell-Brown's Complaint in that action is attached hereto as exhibit "A."

That filing is a blatant act of forum shopping, which is made even more egregious by the fact that the New Jersey District Court had already ruled that proper venue for Russell-Brown's claims was in this Court. Moreover, the New Jersey Complaint implicates many of the same facts and issues raised by defendants' counterclaim, which remains pending before this Court. See Exhibit "A," ¶¶ 57-62. Accordingly, in order to protect these defendants from unfairness, in addition to requiring plaintiff Russell-Brown to pay defendants' attorneys' fees and costs as a condition of

TPA 511,464,730v1 8-16-10

pursuing her voluntarily dismissed claims, Russell-Brown should be required to pursue her claims in this venue.  *Versa Products, Inc. v. Home Depot, USA*, 387 F.3d 1325 (11th Cir. 2004).

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
E-mail: mccrear@gtlaw.com
GREENBERG TRAURIG, P.A.
625 E. Twiggs Street, Suite 100
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Counsel for defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16th, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

Lennox S. Hinds, Esquire
Stevens, Hinds & White, P.C.
116 W. 111th Street
New York, NY 10026

/s/ Richard C. McCrea, Jr.
**Attorney**