Start: 10:10 AM
Stop: 10:50AM

*UNITED STATES DISTRICT COURT*
**CIVIL  MINUTES**

Case No:        1:09-cv-257;  RUSSELL-BROWN v.  UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al

Date: 8/17/10

PROCEEDINGS:    Motion hearing

PRESENT:      Honorable Maurice M. Paul , Judge

| Blair Patton | Christine Bordenave | Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Plaintiff's attorney |
| McCrea/Deal | | |
| Defendant's Attorney | | |

At the direction of the court, clerk initiated a telephone call to Mr.  Hinds, counsel for the plaintiff.

Oral argument:

**[129]    MOTION re 45 Complaint, VOLUNTARY DISMISSAL by SHERRIE RUSSELL-BROWN.**

- written order to follow

Initials of Deputy Clerk   bkp