UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                  CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

## SUMMARY OF TIME RECORDS

Defendants, the University of Florida Board of Trustees, the University of Florida Levin College of Law, and Robert H. Jerry, II, by and through their undersigned counsel, hereby file this summary of time records for work performed in the instant action. A sealed filing of the actual time records is being contemporaneously filed with this summary.

    Total Attorney Hours this filing: 48.8

    Total Non-Attorney Hours this filing: 7.0

    Dated this 17th day of August, 2010.

                                                                   /s/ Richard C. McCrea, Jr.
                                                                   Richard C. McCrea, Jr.
                                                                   Florida Bar No. 351539
                                                                   E-mail: mccrear@gtlaw.com
                                                                   GREENBERG TRAURIG, P.A.
                                                                   625 E. Twiggs Street, Suite 100
                                                                   Tampa, Florida 33602
                                                                   Telephone: (813) 318-5700
                                                                   Facsimile: (813) 318-5900
                                                                   Counsel for defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 17th, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

Lennox S. Hinds, Esquire
Stevens, Hinds & White, P.C.
116 W. 111th Street
New York, NY 10026

                                                                    /s/ Richard C. McCrea, Jr.
                                                                          **Attorney**