IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                           CASE NO. 1:09-cv-00257-MP -AK

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 142, Motion for Extension of Time to File Affidavits Filed by Defendants. The motion is granted, and Defendants shall have until September 14, 2010, to file the affidavits required by Local Rule 54.1.

    **DONE AND ORDERED** this  *8th*  day of September, 2010

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge