# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION


SHERRIE RUSSELL-BROWN

      VS                        USDC NO.  1:09-cv-00257-MP -AK
                                   USCA NO. _____

THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,THE UNIVERSITY OF
FLORIDA,LEVIN COLLEGE OF LAW,ROBERT H JERRY, II

## TRANSMITTAL OF NOTICE OF APPEAL

       The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.
The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from
are enclosed.

First Appeal Notice.
Judge appealed from: Maurice M. Paul
Court Reporter(s): Christine Bordenave


Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

                                   SHEILA HURST-RAYBORN,
                                   ACTING CLERK OF COURT

                                   s/JUDY STONE
                                   By: Judy Stone
                                   Deputy Clerk
                                   401 SE 1st Avenue, Ste 243
September 14, 2010                     Gainesville, Florida 32601