UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                   CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

NOTICE OF FILING AFFIDAVITS OF
RODNEY W. SMITH AND RICHARD C. McCREA, JR.

Defendants The University of Florida Board of Trustees, The University of Florida, Levin College of Law and Robert H. Jerry, II, by and through their undersigned counsel, hereby file the attached affidavits of Rodney W. Smith and Richard C. McCrea, Jr. These affidavits are being filed pursuant to this Court's Order dated August 19, 2010 [Doc. 141]. and Local Rule 54.1.

                                                    /s/ Richard C. McCrea, Jr.
                                                    Richard C. McCrea, Jr.
                                                    Florida Bar No. 351539
                                                    E-mail: mccrear@gtlaw.com
                                                    GREENBERG TRAURIG, P.A.
                                                    625 E. Twiggs Street, Suite 100
                                                    Tampa, Florida 33602
                                                    Telephone: (813) 318-5700
                                                    Facsimile: (813) 318-5900
                                                    Counsel for defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 14th, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

Lennox S. Hinds, Esquire<br>
Stevens, Hinds & White, P.C.<br>
116 W. 111th Street<br>
New York, NY 10026

/s/ Richard C. McCrea, Jr.
**Attorney**