

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN

VS

**10-14328D**

USDC NO. 1:09-cv-00257-MP -AK
USCA NO. _____

THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,THE UNIVERSITY OF FLORIDA,LEVIN COLLEGE OF LAW,ROBERT H JERRY, II

### TRANSMITTAL OF NOTICE OF APPEAL

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals. The Certified copy of the appeal notice, docket entries, judgment/opinion/order appealed from are enclosed.

First Appeal Notice.
Judge appealed from: Maurice M. Paul
Court Reporter(s): Christine Bordenave


Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

SHEILA HURST-RAYBORN,
ACTING CLERK OF COURT

s/JUDY STONE
By: Judy Stone
Deputy Clerk
401 SE 1st Avenue, Ste 243
September 14, 2010                          Gainesville, Florida 32601