### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

   Plaintiff-Appellant,

                                         Court of Appeals No. 10-14328-D
                                         District Court No. 09-cv-00257-MP-GRJ

   v.

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

   Defendants-Appellees.
_____/

## PLAINTIFF-APPELLANT'S MOTION TO TERMINATE HEARING (DOC. 155)

Plaintiff-Appellant Sherrie Russell-Brown ("Plaintiff-Appellant" or "Ms. Russell-Brown") respectfully moves and notifies the Court to terminate the motion hearing (Doc. 155), currently scheduled for tomorrow morning, October 6, 2010, at 10:00 a.m.  There is a pending Subsequent Notice of Appeal (Doc. 156), specifically covering Document 155.  Consequently, the District Court does not have jurisdiction over the above-captioned action.  In support of her Motion, Ms. Russell-Brown states as follows:

      1.     On September 27, 2010, the Court entered an Order (Doc. 155) directing the Clerk to set a hearing on the Defendants-Appellees' application for attorney's fees and costs (Doc. 150), for tomorrow, Wednesday, October 6, 2010 at 10:00 a.m. and directing Ms. Russell-Brown to submit objections to hours billed or hourly pay rates, if any, in writing no later than close of business Friday, October 1, 2010.

2. Unlike every other motion hearing in the above-captioned action, the hearing mentioned in the Order was never Noticed.

3. Instead, on September 28, 2010, Ms. Russell-Brown filed a Subsequent Notice of Appeal (Doc. 156), amending her initial September 13, 2010 Notice of Appeal (Docs. 146, 147), regarding the Court conditioning dismissal on the immediate payment of attorney's fees and costs, specifically to cover Document 155.

4. According to the full docket text for Document 156, the Eleventh Circuit was advised of the Subsequent Notice of Appeal.

5. The filing of the Subsequent Notice of Appeal divested the District Court of jurisdiction over all matters covered in the appeal, including Document 155, and transferred jurisdiction over those matters to the Court of Appeals. See, e.g., United States v. Rogers, 788 F.2d 1472 (11th Cir. 1986).

6. Consequently, the District Court no longer has jurisdiction over the above-captioned action and the hearing currently scheduled for tomorrow morning, October 6, 2010, at 10:00 a.m. should be terminated.

7. As the District Court no longer has jurisdiction over the above-captioned action, undersigned counsel will not be in Court tomorrow morning.

WHEREFORE, Ms. Russell-Brown respectfully moves and notifies this Honorable Court that, given the pending Subsequent Notice of Appeal (Doc. 156), specifically covering Document 155, the motion hearing currently scheduled for tomorrow morning, October 6, 2010, at 10:00 a.m., should be terminated, as the District Court no longer has jurisdiction over the above-captioned action.

DATED this 5th day of October, 2010.

                                        Respectfully submitted,

                                        /s/ Lennox S. Hinds
Lennox S. Hinds
New York Bar No. 8196
Stevens, Hinds & White, PC
116 West 111th Street
New York, NY 10026-4206
(212) 864-4445
(212) 222-2680 (fax)
lawfirmshw@yahoo.com
Attorney for Plaintiff-Appellant

## CERTIFICATE OF COUNSEL

As of this filing, I was unsuccessful in reaching Defendants-Appellees' counsel for the purpose of being able to report to the Court, the Defendants-Appellees' position on the herein Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Ian S. Marx, Esq.
Greenberg Taurig, LLP
200 Park Avenue
Florham Park, NJ 07932

Richard C. McCrea, Jr., Esq.
Greenberg Taurig, LLP
Courthouse Plaza, Suite 100
625 East Twiggs Street
Tampa, FL 33602

Attorneys for Defendants-Appellees

                                        /s/ Lennox S. Hinds
Lennox S. Hinds
Attorney for Plaintiff-Appellant