Start: 10:02 AM
Stop: 10:05 AM

## UNITED STATES DISTRICT COURT
## CIVIL MINUTES

Case No:        1:09-cv-257;  RUSSELL-BROWN v.  UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al

Date: 10/6/10

PROCEEDINGS:    Motion hearing

PRESENT:    Honorable Maurice M. Paul , Judge

| Blair Patton | Christine Bordenave | Lennox Hinds  - Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Plaintiff's attorney |
| McCrea/Deal | | |
| Defendant's Attorney | | |

Defendant's  argument:

**Defendant's motion costs and attorney's fees to Defendants for the litigation.**

- written order to follow

Initials of Deputy Clerk   bkp