IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                        CASE NO. 1:09-cv-00257-MP -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 157, Motion for Leave to Appeal in Forma Pauperis by Sherrie Russell-Brown. In her sworn affidavit accompanying her motion, Ms. Russell-Brown asserts that she has no monthly income, that she receives a loan of $3260 monthly, that she has monthly expenses of $3,257, and possesses a total of $100 in cash. Ms. Russell-Brown further asserts that she has not paid, and will not be paying, an attorney any money for services in connection with this case.

    The Court cannot decide whether Ms. Russell-Brown is entitled to proceed *in forma pauperis* without first understanding more clearly her financial situation.

    Accordingly, it is

**ORDERED AND ADJUDGED:**

1.    Ms. Russell-Brown shall provide, by November 15, 2010, copies of her agreements with each of the attorneys representing her so far in her disputes with the Defendants.

2. Ms. Russell-Brown shall provide to the Court, by November 15, 2010, a sworn affidavit containing the following:

   a. An itemized list of any costs or fees paid by each attorney in connection with representing Ms. Russell-Brown,

   b. An itemized list of any costs or fees paid or reimbursed by Ms. Russell-Brown to the attorney, and

   c. An itemized lists of any costs or fees advanced to Ms. Russell-Brown by the lawyer or law firm.

3. Ms. Russell-Brown shall also provide to the Court, by November 15, 2010, a sworn affidavit accounting for the following:

   a. The $124,000 she received from Defendants pursuant to the Separation Agreement and General Release, and

   b. The nature and details of the $3,260 recurring loan she receives each month, and shall also file a copy of such loan agreement. If the agreement is not in writing, then she shall set forth all of the terms and details of the loan agreement, including from whom the loan was obtained and if secured, the nature of the security and/or any guarantor.

4. The filings required by this order may be filed "SEALED" with no copy having to be served upon the Defendants' counsel.

**DONE and ORDERED** this ___8th of October, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge