**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SHERRIE RUSSELL-BROWN

    VS                        USDC NO. 1:09-cv-00257-MP -GRJ
                                  USCA NO. 10-14328-D

THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES, et al

**TRANSMITTAL OF MISCELLANEOUS APPEAL DOCUMENTS**

The following documents are hereby transmitted to the Clerk, U. S. Court of Appeals.

Certified docket sheet/page

The appellate docket fee paid.  Date paid: 11/10/2010 – receipt number 1-1268

Please acknowledge receipt on the enclosed copy of this transmittal to: GAINESVILLE DIVISION

SHEILA HURST-RAYBORN,
ACTING CLERK OF COURT

s/ KELLI MALU
By: Kelli Malu
Deputy Clerk
401 SE 1st Avenue, Ste 243
Gainesville, Florida 32601

November 10, 2010