IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

   Plaintiff-Appellant,

        v.

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his
individual and official capacities as
Dean of the University of Florida,
Levin College of Law,

   Defendants-Appellees.
_____/

USCA Case No. 10-14328-D

USDC Case No. 1:09-cv-00257-MP-GRJ

## PLAINTIFF-APPELLANT'S NOTICE OF WITHDRAWAL OF HER MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS (DOC. 157)

**COMES NOW** the undersigned counsel for Plaintiff-Appellant Sherrie Russell-Brown ("Plaintiff-Appellant" or "Ms. Russell-Brown") and notifies this Court and all parties hereto:

   1.   On October 1, 2010, Plaintiff-Appellant filed an application to proceed *in forma pauperis* (Doc. 157), regarding Notice of Appeal (Doc. 147) and Amended Notice of Appeal (Doc. 156).

   2.   On November 10, 2010, the appellate filing fees regarding the above-captioned Appeal No. 10-14328-D were paid in full and transmitted to the Eleventh Circuit (Docs. 164 and 165).

   3.   Consequently, Plaintiff-Appellant's application to proceed *in forma pauperis* on appeal (Doc. 157) as well as this Court's Order (Doc. 161) requiring Plaintiff-Appellant to provide copies of documents by Monday, November 15, 2010, in support thereof, are moot.

DATED this 12th day of November, 2010.

                                        Respectfully submitted,

                                        /s/ Lennox S. Hinds
                                        Lennox S. Hinds
                                        New York Bar No. 8196
                                        Stevens, Hinds & White, PC
                                        116 West 111th Street
                                        New York, NY 10026-4206
                                        (212) 864-4445
                                        (212) 222-2680 (fax)
                                        lawfirmshw@yahoo.com
                                        Attorney for Plaintiff-Appellant

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on November 12, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

    Ian S. Marx, Esq.
    Greenberg Taurig, LLP
    200 Park Avenue
    Florham Park, NJ 07932

    Richard C. McCrea, Jr., Esq.
    Greenberg Taurig, LLP
    Courthouse Plaza, Suite 100
    625 East Twiggs Street
    Tampa, FL 33602

    Attorneys for Defendants-Appellees

                                          /s/ Lennox S. Hinds
                                          Lennox S. Hinds
                                          Attorney for Plaintiff-Appellant