UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                  CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

## SUMMARY OF TIME RECORDS

Defendants the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, by and through their undersigned counsel, hereby file this summary of time records for work performed in the instant action during October 2010.  A sealed filing of the actual time records is being contemporaneously filed with this summary.

    Total Attorney Hours this filing:  <u>16.0</u>

    Total Non-Attorney Hours this filing:  <u>0</u>

    Dated this 15th day of November, 2010.

                                               <u>/s/ Richard C. McCrea, Jr.</u>
                                               Richard C. McCrea, Jr.
                                               Florida Bar No. 351539
                                               E-mail: mccrear@gtlaw.com
                                               GREENBERG TRAURIG, P.A.
                                               625 E. Twiggs Street, Suite 100
                                               Tampa, Florida 33602
                                               Telephone: (813) 318-5700
                                               Facsimile: (813) 318-5900
                                               Counsel for defendants

TPA 511,486,674v1 10-13-10

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 15th, 2010 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

>Lennox S. Hinds, Esquire
>Stevens, Hinds & White, P.C.
>116 W. 111th Street
>New York, NY 10026

<u>/s/ Richard C. McCrea, Jr.</u>
Attorney