# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 29, 2010

William M. McCool
United States District Court
401 SE First Avenue, Suite 243
Gainesville, FL 32601

Appeal Number: 10-14328-DD
Case Style: Sherrie Russell-Brown v. University of Florida, et al
District Court Docket No: 1:09-cv-00257-MP-AK

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

Enclosure(s)

DIS-4 Multi-purpose dismissal letter



IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 10-14328-DD

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEC 29 2010

JOHN LEY
CLERK

SHERRIE RUSSELL-BROWN,

                Plaintiff-
                Counter Defendant-
                Appellant,

versus

UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,
UNIVERISTY OF FLORIDA,
LEVIN COLLEGE OF LAW,
ROBERT H. JERRY, II,
in his individual and official capacities as
Dean of the University of Florida, Levin College of Law,

                Defendants-
                Counter Claimants-
                Appellees.

Appeal from the United States District Court for the
Northern District of Florida

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The order dismissing Russell-Brown's claims did not dispose of the defendants' pending counterclaim, and thus is not final or immediately appealable. 28 U.S.C. § 1291; *Haney v. City of Cumming*, 69 F.3d 1098, 1101 (11th Cir. 1995).

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 27-2 and all other applicable rules.



$00.440
US POSTAGE
Hasler

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT
OFFICE OF THE CLERK
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA 30303

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300