UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                              CASE NO. 1:09-CV-00257-MP-AK

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

## SUMMARY OF TIME RECORDS

Defendants the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, by and through their undersigned counsel, hereby file this summary of time records for work performed in the instant action during January 2011. A sealed filing of the actual time records is being contemporaneously filed with this summary.

    Total Attorney Hours this filing: 51.50
    Total Non-Attorney Hours this filing: 3.30
    Dated this 15th day of February, 2011.

                                            /s/ Richard C. McCrea, Jr.
                                            Richard C. McCrea, Jr.
                                            Florida Bar No. 351539
                                            E-mail: mccrear@gtlaw.com
                                            GREENBERG TRAURIG, P.A.
                                            625 E. Twiggs Street, Suite 100
                                            Tampa, Florida 33602
                                            Telephone: (813) 318-5700
                                            Facsimile: (813) 318-5900
                                            Counsel for defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following::

Lennox S. Hinds, Esquire
Stevens, Hinds & White, P.C.
116 W. 111th Street
New York, NY 10026

                                            /s/ Richard C. McCrea, Jr.
                                                      **Attorney**