IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00257-MP -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 178, Consent Motion for Status Conference. Pursuant to Federal Rule of Civil Procedure 16(a), Defendants request that the Court schedule a status conference hearing in this action at the earliest convenient date to ensure that this litigation proceeds in an orderly manner. Pursuant to Local Rule 7.1(B), Defendants' counsel has conferred with Plaintiff's counsel and Plaintiff's counsel consents to a status conference hearing.

    **ORDERED AND ADJUDGED:**

1.     Defendants' Consent Motion for Status Conference is GRANTED.

2.     The Clerk is directed to schedule a status conference hearing regarding compliance with the conditions of Plaintiff's voluntary dismissal and the status of Case No. 2:10-CV-04017-SDW-MCA filed in the District Court of New Jersey.

    **DONE AND ORDERED** this __24th__ day of February, 2011

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge