IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                  CASE NO. 1:09-cv-00257-MP -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 181, Consent Motion to Appear Telephonically for Status Conference. Plaintiff Russell-Brown requests that counsel appear telephonically at the status conference scheduled for Wednesday, March 2, 2011. The Court has determined that an in-court hearing is required. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Motion to Appear Telephonically for Status Conference, Doc. 181, is DENIED.

**DONE AND ORDERED** this  *28th*  day of February, 2011



                Maurice M. Paul, Senior District Judge