IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                        CASE NO. 1:09-cv-00257-MP -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 183, Consent Motion to Continue Status Conference. Plaintiff Russell-Brown requests a continuance of the status conference, scheduled for Wednesday, March 2, 2011, to a date after March 25, 2011. The Defendants consent to the continuance. Plaintiff cites urgent family matters and a previously scheduled trip out of the country by counsel as grounds for the continuance. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     Motion to Continue Status Conference is GRANTED.

2.     The Status Conference, currently set for March 2, 2010, is CONTINUED and will be reset by separate notice, for no earlier than March 25, 2011.

**DONE AND ORDERED** this  _1st_ day of March, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge