IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

      Plaintiff,

v.                                                  CASE NO. 1:09-cv-00257-MP  -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

      Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 189, consent motion to appear by telephone, or

alternatively, for a continuance of status conference by Sherrie Russell-Brown.  This is Plaintiff's

second motion to appear telephonically and second motion for a continuance of the status

conference hearing.  The Court denied Plaintiff's previous motion to appear telephonically and

granted a follow-up motion to continue the hearing.  The current hearing date of March 29, 2011

was set according to Plaintiff's counsel's announced availability.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      Plaintiff's motion to appear by telephone, or alternatively, for a continuance of
status conference, Doc. 189, is DENIED.

      **DONE AND ORDERED** this  _25th_ day of March, 2011



              *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge