IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                      CASE NO. 1:09-cv-00257-MP -GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on a status conference hearing, which the parties requested to ensure that this litigation proceeds in an orderly manner. The parties appeared in-person. Plaintiff filed a status report, Doc. 197, notifying the Court that plaintiff has voluntarily dismissed her complaint in the District of New Jersey, Case No. 2:10-cv-04017-SDW-MCA. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff shall file motions regarding, but not limited to, the status of her complaint and defendants' counterclaim on or before May 10, 2011.

    2.    Defendants' shall respond to plaintiff's motions on or before May 30, 2011.

    3.    Plaintiffs shall reply to defendant's response on or before June 9, 2011.

    **DONE AND ORDERED** this __20th__ day of April, 2011



                                        Maurice M. Paul, Senior District Judge