IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                                                    CASE NO. 1:09-cv-00257-MP-GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 207, Motion for Leave to File to File Corrected Memorandum of Law Out of Time by Robert H Jerry, II, Levin College of Law, The University of Florida, and The University of Florida Board of Trustees. The Court's Order, dated April 20, 2011, provided that defendants were to file their response to plaintiff's motion on or before May 30, 2011. Defendants' response was filed May 31, 2011 due to a calendaring error stemming from the memorial day holiday. Plaintiff objected to the untimely response in her reply. Defendants now move the Court for leave to file a corrected response out of time. Defendants also point out that their response contained an editorial comment not intended for the final draft of their response. Plaintiff opposes defendants' motion and argues that they did not comply with local rule 7.1B and that the error does not constitute excusable neglect. The Court disagrees. Defendants' motion states that they sent an email to plaintiff's counsel, which is sufficient to satisfy the local rule requiring parties to confer over disputed issues. Moreover, the one-day delay does not appear to be in bad faith and does not prejudice the plaintiff. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendants' Motion for Leave to File to File Corrected Memorandum of Law Out of Time is GRANTED.

2. Defendants shall file a corrected response to plaintiff's motion to dismiss on or before June 24, 2011.

**DONE AND ORDERED** this   *15th* day of June, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
