IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                              CASE NO. 1:09-cv-00257-MP-GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 234, Consent Motion for Reconsideration and to Appear by Telephone by Sherrie Russell-Brown. As stated in the Court's order, the Court requires the presence of both parties to resolve the pending motions.

**DONE AND ORDERED** this  *24th* day of August, 2011

           *s/Maurice M. Paul*

           Maurice M. Paul, Senior District Judge