IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                      CASE NO. 1:09-cv-00257-MP-GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 239, Status Report by Sherrie Russell-Brown. On August 30, 2011, the Court held a hearing on all pending motions, in which both parties attended. Plaintiff filed a status report in the early morning prior to the hearing. As such, defendants will have an opportunity to respond prior to the Court's ruling on the matters presented at the hearing. In addition, defendants have stated their intention to amend their motion to compel. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendants may respond to plaintiff's status report on or before September 9, 2011.

2. Defendant's may amend their motion to compel on or before September 9, 2011.

**DONE AND ORDERED** this   *30th* day of August, 2011

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge