IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                      CASE NO. 1:09-cv-00257-MP-GRJ

ROBERT H JERRY, II, LEVIN COLLEGE OF LAW, THE UNIVERSITY OF FLORIDA, THE
UNIVERSITY OF FLORIDA BOARD OF TRUSTEES,

    Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 253, Amended Consent Motion for Reconsideration by Sherrie Russell-Brown. Plaintiff moves for reconsideration of the Court's order denying her motion for counsel to appear telephonically at the motion hearing. This hearing was originally scheduled for September 29, 2011 and was continued to October 18, 2011 based on plaintiff's counsel's request and stated availability. Plaintiff's concurrent request to appear telephonically on that date was denied. In the future, counsel should only state their availability for an in-person hearing, unless a motion to appear telephonically has already been granted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff's amended motion for reconsideration is GRANTED in part and DENIED in part.

2. The motions hearing is continued and will be reset to November 7, 2011 at 1:00 p.m., at which the parties' counsels will appear in-person.

**DONE AND ORDERED** this   *11th* day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge