IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHERRIE RUSSELL-BROWN,**

    **Plaintiff,**

v.   **CASE NO. 1:09-cv-257-MP-GRJ**

**ROBERT H JERRY, II,
LEVIN COLLEGE OF LAW,
THE UNIVERSITY OF FLORIDA,
THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,**

    **Defendants.**
_____/

# O R D E R

    This matter is before the Court on plaintiff, Sherrie Russell-Brown's, Motion to Dismiss Defendants' Counterclaim. (Doc. 200). The motion presents complicated legal issues and requires a resolution without undue delay. In light of this court's full and demanding docket and the undersigned's present courtroom obligations, the undersigned finds it is appropriate to specially refer this motion to a magistrate judge for the issuance of a report and recommendation pursuant to Federal Rule of Civil Procedure 72(b) and Local Rule 72.3.

    Accordingly, it is hereby ORDERED:

    1.    The plaintiff's Motion to Dismiss Defendants' Counterclaim (doc. 200), along with any related responses and replies, is hereby referred to Magistrate Judge Gary R. Jones to conduct any necessary hearings and to enter a report and recommendation regarding the disposition of the motion.

2. The hearing currently scheduled for November 7, 2011 is cancelled. The magistrate judge may reschedule it at his discretion.

**DONE AND ORDERED** this 31st day of October, 2011.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**