IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                                                          CASE NO. 1:09-cv-00257-MP-GRJ

ROBERT H JERRY, II,
LEVIN COLLEGE OF LAW,
THE UNIVERSITY OF FLORIDA,
THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 260, Notice of Plaintiff's Requests for Clarification by Sherrie Russell-Brown.  Plaintiff seeks clarification regarding the District Judge assigned to Plaintiff's case – specifically, whether Plaintiff's case has been permanently reassigned to Chief Judge Rodgers.

The case has not been permanently reassigned to Chief Judge Rodgers.

**DONE AND ORDERED** this 7th day of November, 2011.

                                            *s/Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge