**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                                           CASE NO.: 1:09cv257-MP-GRJ

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the court on plaintiff's Emergency Motion to Withdraw Reference, filed May 4, 2012. (Doc. 285). Plaintiff requests the court to withdraw its prior referral of plaintiff's motion to dismiss to Magistrate Judge Jones for issuance of a report and recommendation. (*See* doc. 259).

Magistrate Judge Jones has completed the referenced review of plaintiff's motion to dismiss and issued a Report and Recommendation dated March 21, 2012. (Doc. 274). The court has twice granted plaintiff requests for extension of time to file written objections, which are now due May 7, 2012.[1] The court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In the instant motion, plaintiff takes issue with suggested "factual inaccuracies" contained in the magistrate judge's Report and Recommendation. Plaintiff's concerns regarding the factual content of the Report and Recommendation may be presented to the court in the form of written objections as provided by 28 U.S.C. § 636(b)(1)(C). Plaintiff has presented no extraordinary circumstances to support a request to vacate the court's prior

---

[1] The request for extension also provided for additional time to file responses to opposing party's written objections, which the court approved. (*See* doc. 278).

referral.  *See* 28 U.S.C. § 636(c)(4).  Accordingly, plaintiff's Emergency Motion to Withdraw Reference (doc. 285) is DENIED.  Plaintiff is further advised that no additional extension of time to file objections to the Report and Recommendation shall be given.

**DONE and ORDERED** this 4th day of May, 2012.

                                    *s/ M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**