IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHERRIE RUSSELL-BROWN,**

    **Plaintiff,**

v.                                         Case No.: 1:09cv257/MCR/GRJ

**THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES; THE
UNIVERSITY OF FLORIDA, LEVIN
COLLEGE OF LAW; and ROBERT
H. JERRY, II, in his individual and
official capacities as Dean of the
University of Florida Levin College
of Law,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 21, 2012 (doc. 274).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the plaintiff's timely filed objections (*see* doc. 287).

    Having considered the Report and Recommendation, the plaintiff's objections, and the defendants' response to the plaintiff's objections, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Motion to Dismiss or, Alternatively, for Summary Judgment on, the Defendants' Counterclaim (doc. 200) is **DENIED**.

    3.    The plaintiff shall submit an answer to the defendants' counterclaim within

fourteen (14) days of the date of this order.

     4.    The court will set this matter for a Rule 16 status conference by separate order.

**DONE AND ORDERED** this 27th day of July, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**