IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff/Counterclaim-Defendant,

vs.                                                                          Case No: 1:09-cv-257-MCR-GRJ

THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES, THE
UNIVERSITY OF FLORIDA LEVIN
COLLEGE OF LAW, and ROBERT
H. JERRY, II, in his individual and
official capacities as Dean of the
University of Florida, Levin College of Law.

    Defendants/Counterclaim-Plaintiffs.
_____/

## ORDER

This matter is before the court on Plaintiff's Consent Motion to Withdraw her Emergency Motion to Compel. (Doc. 364.) Plaintiff advises that Defendant has agreed to provide further responses to her First Request for Production of Documents and First Set of Interrogatories by January 18, 2013. Accordingly, Plaintiff wishes to withdraw her motion to compel without prejudice to renew the motion in the future.

Accordingly, upon due consideration, it is **ORDERED**:

1. Plaintiff's Consent Motion to Withdraw (Doc. 364) is **GRANTED.**

2. The Clerk is directed to terminate Plaintiff's Emergency Motion to Compel (Doc. 360) as a pending motion.

3. The telephonic hearing scheduled for Tuesday, January 15, 2013 is cancelled.

**DONE AND ORDERED** this 11th day of January 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge