IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHERRI RUSSELL-BROWN,**
    Plaintiff/ Counter-Defendant,

v.                      CASE NO. 1:09-cv-257-RS-GRJ

**THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES, THE
UNIVERSITY OF FLORIDA, LEVIN
COLLEGE OF LAW, and ROBERT H.
JERRY, II, in his individual and official
capacities as Dean of the University of Florida,
Levin College of Law,**

    Defendant/ Counter-Plaintiffs.
_____/

## FINAL JUDGMENT

Before me is Defendants' Notice of Filing and Proposed Default Judgment and Permanent Injunction (Doc. 544). Default judgment and attorneys' fees were entered against Plaintiff and in favor of Defendants on their counterclaim on March 31, 2014 (Doc. 447). Pursuant to that Order, Defendants submitted a claim for damages (Doc. 503), which was not opposed.

It is **ORDERED**:

1. Final judgment is **ENTERED** in favor of Defendants, the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, and against Plaintiff Sherrie Russell-Brown.

2. Because of the entry of the default against her, Plaintiff Sherrie Russell-Brown is deemed to have admitted the facts alleged in Defendants' Counterclaim. *See Nishimatsu Construction Co. v. Houston Nat'/ Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975). Plaintiff Sherrie Russell-Brown has breached the Parties' Separation Agreement [Doc. 51-1] by bringing released claims in this action and by communicating derogatory or disparaging statements concerning "the Board" (as defined in the Separation Agreement) to third parties, including, but not limited to, the American Bar Association and the Association of American Law Schools.

3. Plaintiff Sherrie Russell-Brown is **PERMANENTLY ENJOINED**, either directly or indirectly (including, without limitation, through any agent, employee, or attorney), from: instituting any legal proceeding or any charge or complaint or other action with a federal, state, or local governmental agency, other than the Equal Employment Opportunity Commission, against the Board of Trustees of the University of Florida and its present or former trustees, directors, executives, officers, employers, predecessors, agents and legal representatives, as to any matter based upon, arising out of, or related to her employment or compensation with the University of Florida through December 11, 2007.

4. This Permanent Injunction shall be binding upon Plaintiff Sherrie Russell-Brown, her authorized agents, employees, contractors, attorneys, and on

all those persons in active concert or participation with her who receive actual notice of this Permanent Injunction.

5. Defendants, the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, **SHALL RECOVER** from Plaintiff Sherrie Russell-Brown, the sum of $624,351.44, plus interest at the legal rate defined by 28 U.S.C. § 1961 from March 31, 2014 until paid, all for which let execution issue forthwith.

6. Defendants are entitled immediately to pursue all rights and remedies to collect this judgment as provided under applicable law.

7. The clerk is directed to close the case.


**ORDERED** on September 18, 2014.

>  /s/ Richard Smoak
>  RICHARD SMOAK
>  UNITED STATES DISTRICT JUDGE