UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SHERRIE RUSSELL-BROWN,**

    Plaintiff,

v.                                        CASE NO. 1:09-CV-00257-MW-GRJ

**THE UNIVERSITY OF FLORIDA
BOARD OF TRUSTEES,
THE UNIVERSITY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,**

    Defendants.
_____/

**DEFENDANTS/COUNTER-PLAINTIFFS'
<u>NOTICE OF NON-PAYMENT</u>**

This Court's Order dated September 10, 2014 [Doc. 542] directed plaintiff's counsel to pay defendants $23,427.13 "not later than September 24, 2014." Plaintiff's counsel has not made such payment. Nor has he filed any supersedeas bond to stay the effect of this Court's Order during the pendency of an appeal.

                                                    Respectfully submitted,

                                                    <u>/s/ Richard C. McCrea, Jr.</u>
                                                    Richard C. McCrea, Jr.
                                                    Florida Bar No. 351539
                                                    E-mail: mccrear@gtlaw.com
                                                    GREENBERG TRAURIG, P.A.
                                                    625 E. Twiggs Street, Suite 100
                                                    Tampa, Florida 33602
                                                    Telephone: (813) 318-5700
                                                    Facsimile: (813) 318-5900
                                                    Counsel for defendants

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of October, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Lennox S. Hinds, Esquire
Stevens, Hinds & White, P.C.
116 W. 111th Street
New York, NY 10026

/s/ Richard C. McCrea, Jr.
Attorney