IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.                           CASE NO.  1:09cv257-RH/GRJ

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSIY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the University
of Florida, Levin College of Law,

    Defendants.

_____/

## STIPULATED JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE came before the Court on the Joint Motion for Entry of Stipulated Judgment and Permanent Injunction filed by the parties in this action, and the Court, having reviewed the Joint Motion and the file, and being otherwise fully advised in the premises, it is thereupon

    ORDERED and ADJUDGED:

1. The Joint Motion for Entry of Stipulated Judgment and Permanent injunction is GRANTED as follows:

 (a) It is Ordered that the defendants, the University of Florida of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, shall recover from plaintiff Sherrie Russell-Brown the sum of $130,158.33, which shall accrue interest at the statutorily prescribed rate, for which let execution issue.

 (b) Plaintiff Sherrie Russell-Brown is hereby enjoined from, either directly or indirectly (including, without limitation, through any agent, employee, or attorney), violating any of the terms of the attached Settlement Agreement and General Release.

2. This Permanent Injunction shall be binding upon plaintiff Sherrie Russell-Brown, her authorized agents, employees, contractors, attorneys, and on all those persons in active concert or participation with her who receive actual notice of this Permanent Injunction.

3. Except as provided herein, the Court hereby dismisses all claims in the above-referenced action with prejudice, and with each party to bear his, her or its own attorneys' fees and costs.

4. This Court reserves jurisdiction to enforce the terms of this Stipulated Judgment and Permanent Injunction and the parties' Settlement Agreement and General Release.

SO ORDERED on December 20, 2016.

            s/Robert L. Hinkle
            United States District Judge

Case No.  1:09cv257-RH/GRJ