IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHERRIE RUSSELL-BROWN,

    Plaintiff,

v.

                                                                       CASE NO. 1:09cv257-RH/GRJ

THE UNIVERSITY OF FLORIDA,
BOARD OF TRUSTEES,
THE UNIVERSIY OF FLORIDA,
LEVIN COLLEGE OF LAW, and
ROBERT H. JERRY, II, in his individual
and official capacities as Dean of the
University of Florida, Levin College of Law,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

Defendants, the University of Florida Board of Trustees, the University of Florida, Levin College of Law, and Robert H. Jerry, II, hereby acknowledge satisfaction by Plaintiff, Sherrie Russell-Brown, of the Stipulated Judgment and Permanent Injunction [Doc. 604] filed on December 20, 2016.

                                      Respectfully submitted,

                                      /s/ Shayne A. Thomas
                                      Shayne A. Thomas, Esquire
                                      Florida Bar No.: 585025
                                      sthomas777@ufl.edu
                                      University of Florida
                                      Office of the General Counsel
                                      123 Tigert Hall
                                      PO Box 113125
                                      Gainesville, FL 32611-3125
                                      Telephone: (352) 392-1358
                                      Facsimile: (352) 392-4387
                                      *Counsel for the University of Florida*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of January, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will complete service by furnishing a true and correct copy of the foregoing via electronic mail to all counsel of record.

/s/ Shayne A. Thomas
Shayne A. Thomas, Esquire